AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Jeramie Lamm | ) |
| | ) |
| | ) |
| | ) |

Case No. 3:23-mj-00073

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 13, 2023,_____ in the county of _____Yamhill_____ in the

District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting Federal Officers (two counts) |

*** See Attachment A ***

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Albert Ta, Federal Bureau of Investigation

☑ Continued on the attached sheet.

(By telephone)    *JVA*
_____
*Complainant's signature*

Albert Ta, Special Agent, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at _3:24 p.m_.a.m./p.m.

Date: April 14, 2023

Honorable John V. Acosta, U.S. Magistrate Judge
_____
*Judge's signature*

City and state:    Portland, Oregon

HONORABLE JOHN V. ACOSTA
United States Magistrate Judge    *JVA*
_____
*Printed name and title*

## ATTACHMENT A

**Description of Charges**

### Count 1
**(Assaulting a Federal Officer)**
**(18 U.S.C. §§ 111(a)(1), (b))**

On or about April 13, 2023, in Yamhill County, in the District of Oregon, defendant

**JERAMIE LAMM** forcibly assaulted, resisted, opposed, impeded, intimidated, and

interfered with Adult Victim 1, a corrections lieutenant employed by the United States

Bureau of Prisons and a person designated in 18 U.S.C. § 1114, while Adult Victim1 was

engaged in or on account of the performance of official duties, and in doing so, inflicted

bodily injury on Adult Victim 1.

In violation of 18 U.S.C. §§ 111(a)(1) and (b).

### Count 2
**(Assaulting a Federal Officer)**
**(18 U.S.C. § 111(a)(1), (b))**

On or about April 13, 2023, in Yamhill County, in the District of Oregon, defendant

**JERAMIE LAMM** forcibly assaulted, resisted, opposed, impeded, intimidated, and

interfered with Adult Victim 2, a corrections officer employed by the United States Bureau

of Prisons and a person designated in 18 U.S.C. § 1114, while Adult Victim 2 was engaged

in or on account of the performance of official duties, and in doing so, inflicted bodily injury

on Adult Victim 2.

In violation of 18 U.S.C. § 111(a)(1) and (b).

STATE OF OREGON          )
                         )  ss:                        AFFIDAVIT OF ALBERT TA
County of Multnomah      )

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Albert Ta, being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1.      I have been a Special Agent with the Federal Bureau of Investigation since

February 2022.  I am currently assigned to the Salem Resident Agency in the Portland,

Oregon, Field Office.  I have training and experience in federal criminal law and procedure,

interview and interrogation techniques, arrest procedures, search and seizure procedures,

computer crimes, and evidence identification and collection, including electronic evidence.  I

have personally been involved in matters concerning illegal narcotics, gun crimes, crimes

committed at federal prisons, and the sexual exploitation of children.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant

charging Jeramie Lamm, a white male born XX/XX/1984, with two counts of assaulting a

federal officer in violation of 18 U.S.C. § 111(a)(1).  As set forth below, I have probable

cause to believe that Jeramie Lamm committed those offenses.

3.      This affidavit is intended to show only that there is sufficient probable cause

for the requested complaint and arrest warrant and does not set forth all my knowledge about

this matter.  The facts set forth in this affidavit are based on my own personal knowledge,

knowledge obtained from other individuals during my participation in this investigation,

including other law enforcement officers, interviews of witnesses, a review of records related

**Affidavit of Albert Ta**                                              **Page 1**

to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.      Title 18 U.S.C § 111 makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while that person is engaged in or on account of the performance of official duties.  Section 1114 refers to any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties.

## Statement of Probable Cause

5.      On April 13, 2023, the Federal Bureau of Prisons (BOP) sent me a report pertaining the forcible assault of BOP corrections personnel by inmate Jeramie Lamm.

6.      Lamm is serving a prison term for being a felon in possession of a firearm.  He is scheduled to be released on April 14, 2023.  On April 13, 2023, BOP Corrections Lieutenant Justin Harms directed Lamm to submit to a random pat-down search in Housing Unit 2B.  Lamm submitted to the search but made several comments to staff that they "could not touch" him because he was releasing the following day.  Lamm did not stop moving during the search, even after being told to do so by staff.  Lieutenant Harms believed Lamm could be concealing something that he did not want found during the search so he escorted Lamm to the Lieutenant's Complex to conduct the search.  All staff involved in dealing with Lamm prior to and during the incident were wearing approved Bureau of Prisons uniforms.

**Affidavit of Albert Ta**                                                                **Page 2**

7.      Lieutenant Harms, Corrections Officers Valeriote and Floyd, and Lamm were present at the Lieutenant's Complex. Lieutenant Harms ordered Lamm to take off his right shoe. Lamm responded to Lieutenant Harms by stating "I don't know who the fuck you think you are!" Lieutenant Harms directed Lamm to stop talking, as Lamm continued to verbally berate staff. Lieutenant Harms then asked Lamm to hand him his left shoe to which he responded "man fuck you, you think you're a tough guy? I run this shit!" At this time, Lamm reached back with his right hand in a fist and struck Lieutenant Harms in the upper left facial area. Lieutenant Harms ordered Lamm to cease his actions and submit to hand restraints. Lamm remained combative and responded, "Fuck you bitch ass niggers, fuck all you cops," and struck Lieutenant Harms in the facial area again.

8.      Officer Valeriote deployed a two-second burst from an oleoresin capsicum aerosol dispenser, which had no effect on Lamm. Lamm then pushed Officer Valeriote and caused Officer Valeriote's his left middle finger to be pinned between the toilet and his body, spraining Officer Valeriote's finger.

9.      Lamm continued to be combative with staff and refused to submit to verbal commands and restraints, placing his arms and hands underneath his body. Officer Floyd gained control of Lamm's arms and legs and applied hand and leg restraints. Officer Cary Belfiglio, Health Services Assistant Jonathan Ledford, Lieutenant Shahn Langley, Technician Michael Cuervo, and Instructor Ronnie Lent responded to the situation and assisted in escorting Lamm to the medical department for an assessment. During the escort, Lamm again became resistive by attempting to pull away from staff and refusing to walk on

**Affidavit of Albert Ta**                                                          **Page 3**

his own accord.  The staff placed Lamm on the ground until a medical gurney was brought to their location.  Lamm was transferred to the gurney and was brought to the medical triage room where he lunged at and attempted to kick staff.

10.      During the medical assessment, Lamm again became verbally abusive, tried to pull away from staff, and refused to comply with directions.  Lamm was placed in hard ambulatory restraints to complete the medical assessment.  Staff then escorted Lamm to the Special Housing Unit.

11.      All involved staff were medically assessed after the incident.  Lt. Harms suffered a small laceration to his scalp, and minor swelling on his left lower jaw, cheek, and forehead.  Officer Valeriote's left middle finger was sprained, causing swelling, numbness, and moderate pain.  He was treated off-site and released.  No other staff members were injured.

## <u>Conclusion</u>

12.      Based on the foregoing, I have probable cause to believe that Jeramie Lamm forcibly assaulted two BOP staff members at FCI Sheridan, in violation of 18 U.S.C. § 111. I therefore request that the Court issue a complaint and arrest warrant charging Lamm with those offenses.

13.      Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the requested arrest warrant were all reviewed by Assistant United States Attorney Gary Sussman.  AUSA Sussman advised me that, in his opinion, the affidavit is

legally and factually sufficient to establish probable cause to support the issuance of the

requested criminal complaint and arrest warrant.

*(By telephone)* JVA
_____
Albert Ta
Special Agent, FBI

Sworn to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 at

3:24 p.m.  (a.m./p.m.) on April 24  , 2023.

HONORABLE JOHN V. ACOSTA
United States Magistrate Judge
JVA
_____
HONORABLE JOHN V. ACOSTA
United States Magistrate Judge

**Affidavit of Albert Ta**                                                        **Page 5**